**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7097**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

RONALD EVANS,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:06-cr-00162-RAJ-JEB-7)

Submitted:  November 18, 2010          Decided:  December 1, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald Evans, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Evans appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction based upon Amendment 706 to the Sentencing Guidelines. As the district court lacked the authority to grant reconsideration of its previous order, see United States v. Goodwyn, 596 F.3d 233 (4th Cir.), cert. denied, 130 S. Ct. 3530 (2010), we affirm the district court's order denying Evans' Rule 60(b) motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED